## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| PAUL DIMAIO | : | VIOLATIONS: |
| JADA WILLIAMS | | 18 U.S.C. § 371 (conspiracy – 1 count) |
| TANYA CULVER | : | 18 U.S.C. § 1791(a)(1) (providing |
| JAHLIL WILLIAMS | | contraband to a prison inmate – 1 count) |
| a/k/a "Bill" | : | 18 U.S.C. § 1001(a)(2) (making a false |
| | | statement – 1 count) |
| | : | 18 U.S.C. § 1791(a)(2) (possessing |
| | | contraband as a prison inmate – 2 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     From at least on or about January 13, 2025 to on or about February 4, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**PAUL DIMAIO,
JADA WILLIAMS,
TANYA CULVER, and
JAHLIL WILLIAMS, a/k/a "Bill,"**

conspired and agreed together, and with others known and unknown to the grand jury, to commit an offense against the United States, that is, to knowingly provide to a prison inmate, prohibited objects, those being, the controlled substance of Suboxone, tobacco, and a cellular telephone, while the inmate was incarcerated at the Federal Detention Center ("FDC") in Philadelphia, Pennsylvania, in violation of Title 18, United States Code, Section 1791(a)(1), (b)(1), (b)(4).

## MANNER AND MEANS

It was part of the conspiracy that:

2.      Defendant TANYA CULVER purchased contraband so that defendant PAUL DIMAIO could smuggle the contraband into the Federal Detention Center ("FDC") in Philadelphia, Pennsylvania for defendant JAHLIL WILLIAMS, who was a former (but not current) legal client of defendant DIMAIO.

3.      Defendant JADA WILLIAMS paid defendant PAUL DIMAIO to smuggle contraband into the FDC for defendant JAHLIL WILLIAMS.

4.      Defendant PAUL DIMAIO abused his status as a criminal defense attorney to smuggle contraband into the FDC during a purported legal visit with FDC Inmate #1, known to the grand jury. Inmate #1 was never a legal client of defendant DIMAIO.

5.      During the purported legal visit, defendant PAUL DIMAIO provided the contraband to FDC Inmate #1 on behalf of defendant JAHLIL WILLIAMS.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants PAUL DIMAIO, JADA WILLIAMS, TANYA CULVER, and JAHLIL WILLIAMS, together and with others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1.      On or about January 13, 2025, defendant PAUL DIMAIO met with defendant JAHLIL WILLIAMS.

2.      On or about February 1, 2025, defendant JADA WILLIAMS paid $2,000 via Cash App to defendant PAUL DIMAIO to smuggle contraband into the FDC. Moreover,

defendant JADA WILLIAMS communicated information from defendant JAHLIL WILLIAMS to defendant DIMAIO in order to help defendant DIMAIO smuggle contraband into the FDC.

       3.    On or about February 3, 2025:

          a.    Defendants PAUL DIMAIO and JADA WILLIAMS spoke with defendant JAHLIL WILLIAMS on a telephone call to arrange a visit between defendant defendant DIMAIO and FDC Inmate #1.

          b.    Defendant TANYA CULVER purchased a Motorola cell phone and cell phone plan.

          c.    Defendants JADA WILLIAMS and TANYA CULVER spoke with defendant JAHLIL WILLIAMS on a telephone call. During this call, defendant JAHLIL WILLIAMS instructed defendant CULVER to charge the Motorola phone and to also supply him with a charging cord.

       4.    On or about February 4, 2025:

          a.    Defendant JADA WILLIAMS spoke with defendant JAHLIL WILLIAMS on a telephone call. During this call, defendant JAHLIL WILLIAMS instructed defendant JADA WILLIAMS to send the name and register number of FDC Inmate #1 via text message to defendant PAUL DIMAIO, so that defendant DIMAIO could arrange a purported legal visit with FDC Inmate #1 at the FDC.

          b.    Defendant PAUL DIMAIO met with defendant TANYA CULVER. In this meeting, defendant CULVER passed the Motorola cell phone and a charging cord to defendant DIMAIO so that defendant DIMAIO could smuggle both items into the FDC.

     c.  Defendant PAUL DIMAIO concealed the cell phone, charging cord, 83 strips of Suboxone (a narcotic drug), and 240 cigarettes inside a brown "redweld" type folder.

     d.  Defendant PAUL DIMAIO traveled to the FDC and falsely stated on Bureau of Prisons ("BOP") Form A0224, Notification to Visitor, that he had traveled to the FDC to have a legal visit with FDC Inmate #1. In addition, defendant DIMAIO falsely stated on BOP Form A0224 that defendant DIMAIO was not bringing any phones, narcotics, or tobacco products into the FDC.

     e.  Defendant PAUL DIMAIO smuggled the brown "redweld" type folder containing contraband (the cell phone, charging cord, Suboxone, and cigarettes) into a legal visitation room at the FDC. During a purported legal visit, defendant DIMAIO passed the brown "redweld" type folder to FDC Inmate #1 so that FDC Inmate #1 could provide defendant JAHLIL WILLIAMS with the contraband inside the folder.

    All in violation of Title 18, United States Code, Section 371.

4

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      Paragraphs 2-5 and Overt Acts 1-4 of Count One are incorporated here.

2.      The Federal Bureau of Prisons is an agency of the Executive Branch of the United States government and is responsible for the administration of the federal prison system in the United States, including the FDC in Philadelphia, Pennsylvania.

3.      On or about February 4, 2025, defendant JAHLIL WILLIAMS and FDC Inmate #1 were inmates of a prison, that is, the FDC, a facility in which persons are held in custody by the direction of, and pursuant to, a contract and agreement with the Attorney General of the United States.

4.      On or about February 4, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**PAUL DIMAIO,
JADA WILLIAMS,
TANYA CULVER, and
JAHLIL WILLIAMS, a/k/a Bill,**

knowingly provided, and aided and abetted the provision of, and attempted to provide, prohibited objects, that is a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance and a narcotic drug, a cell phone, and cigarettes, to two federal inmates, defendant JAHLIL WILLIAMS and FDC Inmate #1.

        In violation of Title 18, United States Code, Sections 1791(a)(1), (b)(1), (b)(4) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      Paragraphs 2-5 and Overt Acts 1-4 of Count One are incorporated here.

2.      On or about February 4, 2025, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### PAUL DIMAIO,

in a matter within the jurisdiction of the Federal Bureau of Prisons, an agency of the executive

branch of the United States, knowingly and willfully made materially false, fictitious, and

fraudulent statements and representations, in that defendant DIMAIO stated on Bureau of

Prisons Form A0224, Notification to Visitor, that he was not in possession of any telephones,

electronic devices, narcotics, prescription drugs, or tobacco products, and that he had come to the

Federal Detention Center ("FDC") in Philadelphia, Pennsylvania to make a legal visit, when in

fact, as DIMAIO then knew, DIMAIO had a cellular telephone, Suboxone, and cigarettes in his

possession and his true purpose in visiting the FDC was to smuggle this contraband into the FDC

to defendant JAHLIL WILLIAMS and FDC Inmate #1.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      The Federal Bureau of Prisons is an agency of the Executive Branch of the United States government and is responsible for the administration of the federal prison system in the United States, including the Federal Detention Center ("FDC") in Philadelphia, Pennsylvania.

2.      From or about February 11, 2025, through on or about March 2, 2025, defendant JAHLIL WILLIAMS was an inmate of a prison, that is, the FDC, a facility in which persons are held in custody by the direction of, and pursuant to, a contract and agreement with the Attorney General of the United States.

3.      On or about February 11, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### JAHLIL WILLIAMS

knowingly obtained and possessed a prohibited object, that is a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance and a narcotic drug.

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1).

7

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

        1.      Paragraphs 1-2 of Count Four are incorporated here.

        2.      On or about March 2, 2025, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### JAHLIL WILLIAMS,

knowingly obtained and possessed a prohibited object, that is a mixture and substance containing

a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance and a

narcotic drug.

      In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1).

**A TRUE BILL:**

_Salvatore L. Astolfi_ for
**DAVID METCALF**
**United States Attorney**

8

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

v.

PAUL DIMAIO
JADA WILLIAMS
TANYA CULVER
JAHLIL WILLIAMS
a/k/a "Bill"

## SUPERSEDING INDICTMENT

18 U.S.C. § 371 (conspiracy – 1 count); 18 U.S.C. § 1791(a)(1) (providing contraband to a prison inmate – 1 count); 18 U.S.C. § 1001(a)(2) (making a false statement – 1 count) 18 U.S.C. § 1791(a)(2) (possessing contraband as a prison inmate – 2 counts) 18 U.S.C. § 2 (aiding and abetting)



Filed in open court this _____ day,
of _____ A.D. 20____

_____
Foreperson

Bail, $ _____